UNITED STATES of America,
Plaintiff–Appellee,

v.

German PACHECO–HERNANDEZ,
Defendant–Appellant.

No. 13–10349.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2014.*

Filed April 11, 2014.

Adam Mcmeen Flake, Assistant U.S. Attorney, Office of The U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S. Attorney, Office of The U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Mario D. Valencia, Esquire, Attorney at Law, Henderson, NV, for Defendant–Appellant.

German Pacheco–Hernandez, pro se.

Before: TASHIMA, GRABER, and IKUTA, Circuit Judges.

MEMORANDUM **

German Pacheco–Hernandez appeals from the district court's judgment and challenges his guilty-plea conviction and 70–month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Pacheco–Hernandez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Pacheco–Hernandez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Pacheco–Hernandez has waived the right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.